UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        Case No. 21-30558
                                        Originating No. 3:21-cr-36-36

**JOZLYN GRAHAM,**

    Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JOZLYN GRAHAM,** to answer to charges pending in another federal district, and states:

1. On **November 24, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on a Superseding Indictment.  Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(C)- Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Rosemary Gardey
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
rosemary.gardey@usdoj.gov
(313) 226-0285

Dated: November 24, 2021